**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHELSEA ROYSE, derivatively on behalf of AGENUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GARO H. ARMEN, CHRISTINE M. KLASKIN, STEVEN J. O'DAY, BRIAN CORVESE, SUSAN HIRSCH, ALLISON M. JEYNES-ELLIS, ULF WIINBERG, and TIMOTHY R. WRIGHT,<br><br>Defendants,<br><br>and<br><br>AGENUS INC.,<br><br>Nominal Defendant. | Civil Action No.: 1:24-cv-12823-AK |
| MICHAEL CHEN, Derivatively on Behalf of Nominal Defendant AGENUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GARO H. ARMEN, CHRISTINE M. KLASKIN, STEVEN J. O'DAY, BRIAN CORVESE, SUSAN HIRSCH, ALLISON M. JEYNES-ELLIS, ULF WIINBERG, and TIMOTHY R. WRIGHT,<br>Defendants,<br><br>and<br><br>AGENUS INC,<br><br>Nominal Defendant. | Civil Action No.: 1:24-cv-13088-AK |

**ORDER**

The Parties' joint motion to consolidate related actions, appoint co-lead counsel for Plaintiffs, and to stay Defendants' deadlines to answer or otherwise respond to the Complaints is hereby **GRANTED** and the following **SO ORDERED**:

1. To the extent they have not already been served, the Defendants accept service of the complaints in the Related Derivative Actions. Defendants reserve all rights, claims, objections, defenses, arguments, and motions, whether in relation to the Complaints (or any subsequently filed complaint) or otherwise, and whether procedural, jurisdictional, substantive, or otherwise, except for any defenses based upon deficient service of process.

2. Within thirty (30) days of the date that the Court enters an order granting this joint motion, the Parties will meet and confer and submit a proposed scheduling order to the Court. The Parties agree that Defendants' deadline to answer or otherwise respond to the respective complaints filed in the Related Derivative Actions is stayed until the deadline set forth in the Court's order on the Parties' proposed schedule.

3. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings, trial, and appeal under Master File No. 1:24-cv-12823-AK.

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Royse v. Armen et al* | 1:24-cv-12823-AK | November 12, 2024 |
| *Chen v. Armen et al* | 1:24-cv-13088-AK | December 13, 2024 |

4. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE AGENUS INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 1:24-cv-12823-AK<br>(Consolidated) |
| This Document Relates to:<br>ALL ACTIONS | |

5. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Master File No. 1:24-cv-12823-AK.

6. The following law firms are designated Co-Lead Counsel for Plaintiffs in the Consolidated Derivative Action:

**THE BROWN LAW FIRM, P.C.**
John Coyle IV
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: jcoyle@thebrownlawfirm.net

Email: tbrown@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rl-legal.com

7. Co-Lead Counsel shall represent Plaintiffs in the prosecution of the Consolidated Derivative Action, determine and present to the Court and opposing parties Plaintiffs' position on all matters arising during pretrial negotiations, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of Plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Derivative Action.

8. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Co-Lead Counsel.

9. This Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or occurrences as the Consolidated Derivative Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Agenus Inc. Stockholder Derivative Litigation*, Master File No. 1:24-cv-12823-AK, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Agenus Inc. Stockholder Derivative Litigation*, Master File No. 1:24-cv-12823-AK, and counsel for the Parties are to assist in assuring that counsel in subsequent actions receive notice of this Order.

Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later shareholder derivative actions involving Agenus filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, which actions shall be consolidated into the Consolidated Derivative Action.

10. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action.

11. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**SO ORDERED** this 16th day of January 2025.

/s/ Angel Kelley
United States District Judge