**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE AGENUS INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 1:24-cv-12823-AK<br>(Consolidated) |
| This Document Relates to:<br>ALL ACTIONS | |
| BRENDAN FERRAIOLI, Derivatively on Behalf of AGENUS INC.,<br>Plaintiff,<br>vs.<br>GARO H. ARMEN, CHRISTINE M. KLASKIN, STEVEN J. O'DAY, BRIAN CORVESE, SUSAN HIRSCH, ALLISON M. JEYNES-ELLIS, and ULF WIINBERG,<br>Defendants,<br>and<br>AGENUS INC.,<br>Nominal Defendant. | Case No.: 1:24-cv-13083-AK |
| TYLER BARTHELEMY, Derivatively on Behalf of AGENUS INC.,<br>Plaintiff,<br>vs.<br>GARO H. ARMEN, BRIAN CORVESE, SUSAN HIRSCH, TIMOTHY R. WRIGHT, ALLISON M. JEYNES-ELLIS, ULF WIINBERG, CHRISTINE M. KLASKIN, and STEVEN J. O'DAY, | Case No.: 1:25-CV-10113-AK |

Defendants,

and

AGENUS INC.,

Nominal Defendant.

**ORDER**

At the Hearing held before this Court on April 14, 2025, the Parties agreed to the following, which is SO ORDERED:

1. To the extent they have not already been served, the Defendants accept service of the complaints in the Related Derivative Actions. Defendants reserve all rights, claims, objections, defenses, arguments, and motions, whether in relation to the complaints (or any subsequently filed complaint) or otherwise, and whether procedural, jurisdictional, substantive, or otherwise, except for any defenses based upon deficient service of process.

2. The above-captioned related derivative actions ("Related Derivative Actions") are hereby consolidated for all purposes, including pre-trial proceedings, trial, and appeal under Master File No. 1:24-cv-12823-AK (the "Consolidated Derivative Action").

| Case Name | Case Number | Date Filed |
|---|---|---|
| *In re Agenus Inc. Stockholder Derivative Litigation* | 1:24-cv-12823-AK | November 12, 2024 |
| *Ferraioli v. Armen et al* | 1:24-cv-13083-AK | December 13, 2024 |
| *Barthelemy v. Armen et al* | 1:25-cv-10113-AK | January 15, 2025 |

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE AGENUS INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 1:24-cv-12823-AK<br><br>(Consolidated) |
| This Document Relates to:<br><br>ALL ACTIONS | |

4. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Master File No. 1:24-cv-12823-AK.

5. The following law firms are designated Co-Lead Counsel for Plaintiffs in the Consolidated Derivative Action:

**THE BROWN LAW FIRM, P.C.**
Elizabeth Donohoe
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: edonohoe@thebrownlawfirm.net
Email: tbrown@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rl-legal.com

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
Thomas J. McKenna
260 Madison Avenue, 22nd Fl.
New York, NY 10016
Telephone: (212) 983-1300

Email: gegleston@gme-law.com
Email: tjmckenna@gme-law.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Erica L. Stone
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: philkim@rosenlegal.com
Email: estone@rosenlegal.com

6. Co-Lead Counsel shall represent Plaintiffs in the prosecution of the Consolidated Derivative Action, determine and present to the Court and opposing parties Plaintiffs' position on all matters arising during pretrial negotiations, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of Plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court. Defendants' counsel may rely upon all agreements made with any of the law firms designated as Co-Lead Counsel or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Derivative Action.

7. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Co-Lead Counsel.

8. This Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or occurrences as the Consolidated Derivative Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Agenus Inc. Stockholder Derivative Litigation*, Master File No. 1:24-cv-12823-AK, is hereafter filed in this Court, removed to this

Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Agenus Inc. Stockholder Derivative Litigation*, Master File No. 1:24-cv-12823-AK, and counsel for the Parties are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later shareholder derivative actions involving Agenus filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, which actions shall be consolidated into the Consolidated Derivative Action.

9. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action.

10. The Consolidated Derivative Action, including any conferences or hearings currently scheduled, will be stayed on the terms set forth below and unless and until: (a) the related litigation *In re Agenus Inc. Securities Litigation*, Case No. 1:24-cv-12299-AK (D. Mass) (the "Securities Litigation") is dismissed, with prejudice, by this Court, and any appeals have been concluded or the time for seeking appellate review has passed with no further action from the parties to the Securities Litigation; or (b) the motion to dismiss the Securities Litigation is denied in whole or in part.

11. Notwithstanding the foregoing Paragraph, the stay of proceedings in this Consolidated Derivative Action may be earlier lifted, at any time, if: (i) the Parties file a joint written stipulation with the Court agreeing to lift the stay; or (ii) after thirty (30) days' written notice by email from Plaintiffs' counsel to the undersigned counsel for Defendants, but only if a related derivative action, wherever instituted, that challenges substantially similar alleged conduct

by the same Company directors and executive officers, involves substantially similar questions of law and fact, and involves overlapping factual allegations as in the above-captioned litigation is not stayed for the same or longer duration and under similar terms as the stay of this Consolidated Derivative Action.

12. Following termination of the stay pursuant to Paragraph 10 or Paragraph 11, the Parties have agreed, subject to the Court's approval, to the following case schedule:

a. Plaintiffs shall designate an existing complaint as operative or file an amended complaint within sixty (60) days.

b. Defendants' obligation to answer, move, or otherwise respond to the Complaint is hereby suspended and shall be due sixty (60) days from the filing of the designation of an existing complaint as operative or filing of an amended complaint.

c. If Defendants' response is a motion to dismiss, Plaintiffs' opposition shall be due sixty (60) days after service of the motion to dismiss, and Defendants' reply brief shall be due thirty (30) days after service of the opposition.

13. Notwithstanding the stay of the Consolidated Derivative Action, Plaintiffs may file a consolidated complaint during the pendency of the stay. Defendants shall not be obligated to respond to the current complaints or any subsequent complaint while the Consolidated Derivative Action is stayed, and Defendants reserve all rights with respect to the respective complaints and any subsequent complaint in the Consolidated Derivative Action.

14. This Order is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**SO ORDERED** this 2nd day of May 2025.

/s/ Angel Kelley
ANGEL KELLEY
UNITED STATES DISTRICT JUDGE